IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **NICK J. GARDUNO,** | C 02-5806 JSW |
| Petitioner, | **[PROPOSED] ORDER EXTENDING TIME WITHIN WHICH TO FILE RESPONSE TO ORDER LIFTING STAY AND TO SHOW CAUSE** |
| v. | |
| **GAIL LEWIS, Warden,** | |
| Respondent. | |

    IT IS HEREBY ORDERED that the time within which respondent is to answer the Order Lifting Stay and to Order to Show Cause of January 26, 2006, and provide the relevant state court record, will be extended to May 26, 2006. Petitioner's traverse, if any, shall be filed and served within 30 days of service of an answer.

    Dated: April 20, 2006

_____
JEFFREY S. WHITE
United States District Judge

[Proposed] Order - C 02-5806 JSW

1