IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICK J GARDUNO,

    Petitioner,

  v.

GAIL LEWIS, Warden,

    Respondent.

No. C 02-5806 JSW

**ORDER (1) TO SHOW CAUSE AND (2) GRANTING REQUEST FOR EXTENSION**

On May 26, 2006, Respondent filed a request for an extension of time to file an answer. In this request, Respondent brings to the Court's attention that according to the California State Bar website, Petitioner's counsel, Frank G. Prantil is not eligible to practice law. Accordingly, the Court HEREBY ORDERS Mr. Prantil to show cause why he should not be disqualified from representing Petitioner in this matter. Mr. Prantil shall file a response to this Order by no later than June 19, 2006. The Court FURTHER ORDERS that Mr. Prantil serve a copy of this order on Petitioner and file a proof of service with the Court.

Respondent's request for an extension of time to June 26, 2006 to file an answer is GRANTED.

**IT IS SO ORDERED.**

Dated: June 9, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE