1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    NICK J GARDUNO,
                                                No. C 02-5806 JSW
10                   Petitioner,

11        v.                                    **ORDER DISQUALIFYING**
                                                **PETITIONER'S COUNSEL FROM**
12   GAIL LEWIS, Warden,                        **REPRESENTING PETITIONER**

13                   Respondent.

14   _____/

15        On June 9, 2006, this Court issued an Order directing Petitioner's counsel, Frank G.

16   Prantil, to show cause why he should not be disqualified from representing Petitioner in this

17   matter.

18        In another matter in the United States District Court for the Northern District of

19   California, No. C. 06-80138 Misc., Chief Judge Vaughn R. Walker noted that Mr. Prantil had

20   been enrolled as an inactive member of the State Bar of California and issued an Order to Show

21   Cause to Mr. Prantil as to why he should not be suspended from practice before the Northern

22   District.  On July 6, 2006, Judge Walker ruled that Mr. Prantil may not practice law before the

23   Northern District and ordered that he be removed from the roll of attorneys authorized to

24   practice in the court.

25        Because Mr. Prantil may not practice law in the United States District Court for the

26   Northern District of California, the Court HEREBY ORDERS that Mr. Prantil is disqualified

27   from representing Petitioner in this matter.  The Court FURTHER ORDERS that Mr. Prantil

28   serve a copy of this order on Petitioner and file a proof of service by no later than July 20, 2006.

**United States District Court**

For the Northern District of California

United States District Court

For the Northern District of California

1       Petitioner may either find another attorney to represent him or proceed in pro per.

2   Petitioner shall file a substitution of counsel or provide notice to the Court that he intends to

3   represent himself and provide the Court and Respondents with his current mailing address by no

4   later than **August 15, 2006**.

5       Respondents filed a motion to dismiss in this matter which is currently pending.  The

6   Court HEREBY EXTENDS Petitioner's time to file an opposition to the pending motion to

7   dismiss to **September 8, 2006**.

8       **IT IS SO ORDERED.**

9

10  Dated: July 18, 2006

11                                                  JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2